702 A.2d 358

Howard SEIDMAN and Ronald Kerwood, Petitioners,

v.

Raymond MICHITTI, William J. Siderio, Jr., Consolidated Mortgage Corporation, Provident Bank of Maryland, and Provident Mortgage Corporation, Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Robert A. Davitch, Stephen G. Console, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accord with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).